KELSO DEVELOPMENT CORPORATION, a Corporation, Appellant,

v.

Norman McELREATH, et al., Respondents.

No. 45973.

Missouri Court of Appeals, Eastern District, Division Five.

Aug. 2, 1983.

William H. Frye, Cape Girardeau, for appellant.

Raymond H. Vogel, Cape Girardeau, for respondents.

ORDER

PER CURIAM.

The trial court entered judgment on defendants' counterclaim establishing an easement over plaintiff's land and denied plaintiff's petition seeking to enjoin defendants' use of the road. The judgment is affirmed pursuant to Rule 84.16(b).